UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS STATE PAINTERS WELFARE FUND and DISTRICT COUNCIL #58 FRINGE BENEFIT FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>JUAN VERNARDO, individually and JUAN VERNARDO d/b/a/ FULL LUNA PAINTING,<br><br>    Defendant. | Case No. 07-cv-533-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiffs having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                                                              **Keenan G. Casady**

Dated: **February 3, 2009**                s/Brenda K. Lowe
                                                           **Deputy Clerk**


Approved:    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**